IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN BEVERAGE ASSOCIATION; CONSUMER BRANDS ASSOCIATION; NATIONAL CONFECTIONERS ASSOCIATION; FMI, THE FOOD INDUSTRY ASSOCIATION,<br><br>Plaintiffs,<br><br>KEN PAXTON, in his official capacity as ATTORNEY GENERAL OF THE STATE OF TEXAS,<br><br>Defendant. | Case No. 6:25-CV-00566-ADA-DTG<br><br>BRIEF AMICUS CURIAE OF GOLDWATER INSTITUTE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

### ORDER GRANTING MOTION OF GOLDWATER INSTITUTE FOR LEAVE TO FILE AMICUS CURIAE BRIEF

ORDER pending before the Court is the unopposed motion of Goldwater Institute for leave to file a brief as amicus curiae in support of Plaintiffs' motion for preliminary injunction. After reviewing the motion, the record and the applicable law, the Court is of the opinion that it should be GRANTED. It is SO ORDERED. SIGNED this December ____, 2025

_____
THE HONORABLE JUDGE PRESIDING