UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN BEVERAGE ASSOCIATION, CONSUMER BRANDS ASSOCIATION, NATIONAL CONFECTIONERS ASSOCIATION, FOOD MARKETPLACE, INC. § § § § § | NO:  WA:25-CV-00566-ADA-DTG |

vs.

KEN PAXTON, GOLDWATER INSTITUTE, THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, WASHINGTON LEGAL FOUNDATION
   *Defendant*

## ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, on February 25, 2026 at 2:00 PM  is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **20th day of February, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE