**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| AMERICAN BEVERAGE ASSOCIATION;<br>CONSUMER BRANDS ASSOCIATION;<br>NATIONAL CONFECTIONERS ASSOCIATION;<br>FMI, THE FOOD INDUSTRY ASSOCIATION,<br>    PLAINTIFFS,<br><br>V.<br><br>KEN PAXTON, IN HIS OFFICIAL CAPACITY AS<br>ATTORNEY GENERAL OF THE STATE OF<br>TEXAS,<br>    DEFENDANT. | CASE NO. 6:25-CV-00566 |

**JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL**

Defendant Ken Paxton, in his official capacity as Attorney General of Texas, jointly moves with Plaintiffs American Beverage Association (ABA), Consumer Brands Association (CBA), National Confectioners Association (NCA), and FMI, The Food Industry Association, to stay proceedings in this case pending the resolution of the pending interlocutory appeal to the United States Court of Appeals for the Fifth Circuit (Case No. 26-50192). A stay will increase judicial efficiency and reduce litigation costs for both parties. This appeal arises from the order of the Court in the above-referenced action entered on February 11, 2026, granting Plaintiff's Motion for Preliminary Injunction. *See* ECF No. 28.

The Parties request that this matter be stayed until the Fifth Circuit issues the mandate in the above appeal.

**AGREED TO:**

/s/ *Allyson N. Ho*

Allyson N. Ho
State Bar of Texas No. 24033667
aho@gibsondunn.com
Benjamin D. Wilson
State Bar of Texas No. 24084105
bdwilson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100

Prerak Shah
State Bar of Texas No. 24075053
pshah@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: (346) 718-6600
*Counsel for Plaintiffs*

**By:**
**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**ROB FARQUHARSON**
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division
Texas Bar No. 24060998

/s/ *Zachary W. Berg*

**ZACHARY W. BERG**
Special Counsel
Texas Bar No. 24107706

**STEVEN B. LOOMIS**
Special Counsel
Texas Bar No. 00793177

**JACOB DUSTIN**
Assistant Attorney General
Texas Bar No. 24149843

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Kercher@oag.texas.gov
Zachary.Berg@oag.texas.gov
Steven.Loomis@oag.texas.gov
Jacob.Dustin@oag.texas.gov
**COUNSEL FOR DEFENDANT**

2

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 8, 2026 and that all counsel of record were served by CM/ECF.

*/s/ Zachary W. Berg*
Zachary W. Berg